# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANTHONY BRADLEY,

       Plaintiff,

v.                                Case No:   6:24-cv-1279-JSS-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)**
>
> **FILED:** November 4, 2024
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.  Doc. No. 18.  Specifically, on remand, the Appeals Council will instruct the

Administrative Law Judge to: (1) reevaluate the evidence in accordance with the agency's regulations and policies; (2) take any further action needed to complete the administrative record, including offering Plaintiff a new hearing; and (3) issue a new decision. *Id.* at 1. Plaintiff does not oppose the motion. *Id.* at 1–2.

Upon consideration, the undersigned finds the request well taken. *See* 42 U.S.C. § 405(g). Accordingly, it is **RESPECTFULLY RECOMMENDED** that the Court:

1. **GRANT** the Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18);

2. **REVERSE** and **REMAND** the final decision of the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), for the above-state reasons; and

3. **DIRECT** the Clerk of Court to enter judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

### NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal

conclusion the district judge adopts from the Report and Recommendation.  11th Cir. R. 3-1.

Recommended in Orlando, Florida on November 4, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

- 3 -