**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY BRADLEY,

      Plaintiff,

      v.                          Case No.:  6:24-cv-01279-JSS-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant,

_____

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees Under the Social Security Act 42 U.S.C. § 406(b).  Doc. No. 31.  The Commissioner neither supports nor opposes the motion.  *Id.* at 1.  However, the Commissioner has not filed a response, and his time for doing so has expired.  Local Rule 3.01(b), (c).  Accordingly, the Court considers the motion to be unopposed.  Local Rule 3.01(c).  Upon consideration, however, the Court will require supplemental briefing from Plaintiff.

Specifically, the Court questions whether the motion is timely.  The Notice of Award attached to the motion issued to Plaintiff on October 22, 2025.  *See* Doc. No. 31-1, at 5.  A subsequent letter issued to counsel on December 23, 2025, stating the amount of past-due benefits still being withheld for potential payment of attorney's

fees. *Id.* at 1.  But the present motion was not filed until February 18, 2026. *See* Doc. No. 31. *Cf.* Local Rule 7.01(e) ("No later than fourteen days after receipt of a 'close-out' letter, a lawyer requesting an attorney's fee, payable from withheld benefits, must move for the fee . . . .").

Accordingly, it is **ORDERED** that within **fourteen (14) days** of the date of this Order, Plaintiff shall file a supplemental brief, not to exceed **five (5) pages** in length, addressing the timeliness of the motion.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record